*E-FILED - 5/30/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR.,<br><br>    Plaintiff,<br><br>  vs.<br><br>SANTA CLARA COUNTY SUPERIOR COURT JUDGE PAUL BERNAL, et al.,<br><br>    Defendants. | No. C 05-3065 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant civil rights action without prejudice for failure to state a cognizable claim for relief under 42 U.S.C. § 1983. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _5/23/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.05\Litmon065jud